# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Theodore J. Williams,

    Plaintiff(s),

vs.

Sheriff Eddie Cathy, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-cv-65

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/2/2008 Order.

Signed: June 2, 2008

Frank G. Johns, Clerk
United States District Court